(No. 5984—)

ILLINOIS BELL TELEPHONE COMPANY, A Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REVENUE, Respondent.

*Opinion filed April 27, 1971.*

ROBERT R.V. DALENBERG, L. BOW PRITCHETT and ALAN N. BAKER, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.